UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DARLA G. SMITH, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| WELLS FARGO BANK, N.A., TRUSTEE FOR OPTION MORTGAGE CORPORATION LOAN TRUST 2006-1, ET AL., | CASE NO: 18-1135-STA-egb |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Dismissing Case with Prejudice entered on October 12, 2018, this cause is hereby DISMISSED with prejudice.**

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 10/12/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk